IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., | § |
| | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. |
| v. | § |
| | § DEMAND FOR JURY TRIAL |
| | § |
| PETER J. STEPHENS, ROBERT PAYNE, GLOBAL DISTRIBUTION SERVICES, INC., and DOES 1-10, all d/b/a "AMERICA'S CHOICE OVERHEAD GARAGE DOOR COMPANY," "ATLANTA'S CHOICE OVERHEAD GARAGE DOOR COMPANY," "GARAGE DOOR SERVICE COMPANY," "GARAGE DOOR SERVICES," "AMERICAN ALLIANCE OVERHEAD DOOR," "A-ABLE OVERHEAD DOOR," and "ATLANTA OVERHEAD DOOR," | § |
| Defendants. | § |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Plaintiff D.H. Pace, Company, Inc. ("D.H. Pace") submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for D.H. Pace Company, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of D.H. Pace Company, Inc.:

D.H. Pace Company, Inc. is a wholly-owned subsidiary of E.E. Newcomer Enterprises, Inc. No publicly held corporation owns 10% or more of E.E. Newcomer Enterprises, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations, having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

D.H. Pace Company, Inc. - None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for D.H. Pace Company, Inc. in this proceeding:

D.H. Pace Company, Inc. is represented by R. Charles Henn, Jr., and Katharine Sullivan of Kilpatrick Stockton LLP.

I certify that this pleading has been prepared in 14-point Times New Roman font, one of the font and point selections approved by this Court in Local Rule 5.1(C), N.D. Ga.

                                                                            Respectfully submitted,

DATED: May 19, 2010                        s/ R. Charles Henn, Jr.
                                                     R. Charles Henn Jr.
                                                     Georgia Bar No. 347098
                                                   Katharine Sullivan
                                                   Georgia Bar No. 940395
                                                   KILPATRICK STOCKTON LLP
                                                   1100 Peachtree Street, Suite 2800
                                                   Atlanta, GA  30309-4530
                                                   (404) 815-6500
                                                   (404) 815-6555 (fax)
                                                   Email: CHenn@KilpatrickStockton.com