| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No. 72602 | |

Insert name of court, judicial district or branch court, if any:
**UNTIED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
, GA

PLAINTIFF/PETITIONER:
**D.H. PACE, INC**

DEFENDANT/RESPONDENT:
**STEPHENS**

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:10-CV-1524-JOF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the following:
   **SUMMONS IN A CIVIL ACTION, COMPLAINT**

2. a. Party served:    **WILLIAM D. PEREZ II**
   b. Person served:   **party in item 2a.**
   c. Address:         **827 SUNSET DRIVE**
      (Residence)      **HERMOSA BEACH, CA  90254**

3. I served the party named in item 2
   b. **by leaving** the copies with or in the presence of: **LUCY SOTO - CO-OCCUPANT**

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 47   Weight: 150   Hair: BROWN   Race: HISPANIC
   Sex: F    Height: 5-8   Eyes: BROWN
   Marks:

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (3) on (date): **June 13, 2010**          (4) at (time): **08:22 am**
   (5) **A declaration of diligence** is attached.
   d. **by** causing copies to be mailed. A declaration of mailing is attached.


72600

5. **Person serving** (name, address, and telephone number):
   L. BELL, JR.
   MLQ ATTORNEY SERVICES
   2000 RIVEREDGE PARKWAY
   ATLANTA, GA 30328
   (770) 984-7007

   a. **Fee** for service:
   d. Registered California process server.
      (1) Employee or independent contractor
      (2) Registration No.: 5220
      (3) County: **LOS ANGELES**

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **June 14, 2010**                                    _L. Bell_
                                                            L. BELL, JR.

982(a)(23) [New July 1, 1987]            **PROOF OF SERVICE**            Code Civ. Proc., §417.10(f)

P19371-2/afgensdo

| Field | Value |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | |
| TELEPHONE NO.: | |
| ATTORNEY FOR (Name): | |
| Ref. No. or File No. | 72602 |
| Insert name of court, judicial district or branch court, if any: | UNTIED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA , GA |
| PLAINTIFF: | D.H. PACE, INC |
| DEFENDANT: | STEPHENS |
| DECLARATION RE: DILIGENCE | |
| CASE NUMBER: | 1:10-CV-1524-JOF |

I received the within process on June 10, 2010 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: **WILLIAM D. PEREZ II**

Residence: 827 SUNSET DRIVE, HERMOSA BEACH, CA 90254

Business: Business address was not known at the time of service.

As enumerated below:

```
June 10, 2010  07:45 pm
    NO ANSWER (RESIDENCE).
June 11, 2010  08:10 am
    NO ANSWER (RESIDENCE).
June 12, 2010  09:30 pm
    NO ANSWER (RESIDENCE).
June 13, 2010  08:21 am
    NOT HOME (RESIDENCE) PER LUCY SOTO, CO-OCCUPANT.
June 13, 2010  08:22 am
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.
```



72600

**Person serving** (name, address, and telephone number):
L. BELL, JR.
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY
ATLANTA, GA 30328
(770) 984-7007

Fee for service:
Registered California process server.
Employee or independent contractor
Registration No.: 5220
County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 14, 2010

L. BELL, JR.

982(a)(23) [New July 1, 1987]   **DECLARATION REGARDING DILIGENCE**   Code Civ. Proc., §417.10(f)

P19371-2/afdd