IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER J. STEPHENS, ROBERT ) <br> PAYNE, JARED FOSTER, ) <br> WILLIAM DAVID PEREZ II, ) <br> DORON KIM, GLOBAL ) <br> DISTRIBUTION SERVICES, INC. ) <br> and DOES 1-10, all d/b/a ) <br> "AMERICA'S CHOICE OVERHEAD) <br> GARAGE DOOR COMPANY," ) <br> "ATLANTA'S CHOICE ) <br> OVERHEAD GARAGE DOOR ) <br> COMPANY," "GARAGE DOOR ) <br> SERVICE COMPANY," "GARAGE ) <br> DOOR SERVICES," "AMERICAN ) <br> ALLIANCE OVERHEAD DOOR," ) <br> "A-ABLE OVERHEAD DOOR," and ) <br> "ATLANTA OVERHEAD DOOR," ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:10-cv-1524-JOF |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
GLOBAL DISTRIBUTION SERVICES, INC. TO ANSWER OR
OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

Defendant Global Distribution Services, Inc. ("GDS"), by its undersigned

counsel, hereby moves the Court for a two week extension of time to answer or

otherwise respond to the First Amended Complaint ("FAC") of the Plaintiff, D. H. Pace Company, Inc., to and including July 27, 2010.

GDS was served with the FAC on June 22, 2010, and, therefore, an answer or response to the FAC is due on July 13, 2010. Accordingly, the time for Defendant to answer the FAC has not yet expired. Counsel for Plaintiff has consented to this extension of time, and an appropriate proposed order is submitted herewith for the Court.

Respectfully submitted this 12th day of July, 2010.

ALSTON & BIRD LLP

/s/ David Stewart
David Stewart
Georgia Bar Number 681149
david.stewart@alston.com
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

*Attorney for Global Distribution Services, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, the attached pleading complies with the requirements prescribed by Local Rule 5.1B and uses 14 point Times New Roman Font.

/s/ David Stewart
David Stewart
Georgia Bar Number 681149
david.stewart@alston.com

*Attorney for Defendant Global Distribution Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2010, I electronically filed the foregoing CONSENT MOTION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

R. Charles Henn Jr., Esq.
Katharine Sullivan, Esq.

/s/ David Stewart
David Stewart
Georgia Bar Number 681149
david.stewart@alston.com

*Attorney for Defendant Global Distribution Services, Inc.*