IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., | § |
| | § |
| Plaintiff, | § |
| | §   CASE NO.  1:10-cv-1524-JOF |
| v. | § |
| | § |
| GLOBAL DISTRIBUTION SERVICES, INC. and MOBILE MOTION, INC. | § § § |
| | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case, with prejudice, together with any and all claims, defenses, and forms of relief.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted this 3rd day of March, 2011.

| | |
|---|---|
| /s/ R. Charles Henn Jr. | /s/ David J. Stewart |
| R. Charles Henn Jr. | David J. Stewart |
| Katharine Sullivan | Nadya May Munasifi |
| KILPATRICK TOWNSEND & STOCKTON LLP | ALSTON & BIRD LLP |
| 1100 Peachtree Street, Suite 2800 | 1201 West Peachtree Street |
| | One Atlantic Center |
| Atlanta, Georgia 30309-4530 | Atlanta, GA 30309-3424 |
| Telephone: (404) 815-6500 | Telephone: (404) 881-7000 |
| Facsimile: (404) 541-3498 | Facsimile: (404) 881-7777 |
| E-mail: | Email: david.stewart@alston.com |

- 2 -

| | |
|---|---|
| CHenn@KilpatrickTownsend.com<br>KSullivan@KilpatrickTownsend.com<br><br>ATTORNEYS FOR PLAINTIFF | nadya.munasifi@alston.com<br><br>ATTORNEYS FOR DEFENDANT<br>GLOBAL DISTRIBUTION<br>SERVICES, INC. |

/s/ Karl S. Kronenberger
Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Email: Karl@KBInternetLaw.com

ATTORNEYS FOR DEFENDANT
MOBILE MOTION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| D. H. PACE COMPANY, INC., | § § § | |
| Plaintiff, | § § | CASE NO. 1:10-cv-1524-JOF |
| v. | § § | |
| GLOBAL DISTRIBUTION SERVICES, INC. and MOBILE MOTION, INC. | § § § § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorneys of record:

Karl S. Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Email: Karl@KBInternetLaw.com,
Jeff@KBInternetLaw.com,
Sumeena@KBInternetLaw.com,
Julie@KBInternetLaw.com

This 3rd day of March, 2011.

David J. Stewart
Nadya May Munasifi
Alston & Bird
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424
Email: david.stewart@alston.com,
nadya.munasifi@alston.com

/s/ R. Charles Henn Jr.
R. Charles Henn Jr.